No. 00–1744.  BRILEY v. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION.  C. A. Fed. Cir.  Certiorari denied.

No. 00–1752.  BROWN v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 00–1761.  UMANA v. SWIDLER & BERLIN, CHARTERED, ET AL.  Ct. App. D. C.  Certiorari denied.

No. 00–1784.  TUVELL v. MICROSOFT CORP.  C. A. 1st Cir.  Certiorari denied.

No. 00–1785.  VICK v. WILLIAMS, SUPERINTENDENT, TILLERY CORRECTIONAL CENTER.  C. A. 4th Cir.  Certiorari denied.

No. 00–1793.  PETERS v. NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 00–1795.  STOVALL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–1805.  WOOD v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–1812.  SUTTON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–1817.  MARTIN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–1819.  CUETO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–6650.  SKELTON v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 00–7265.  LEVY v. ASHCROFT, ATTORNEY GENERAL.  C. A. 5th Cir.  Certiorari denied.